

# Fourth Court of Appeals
## San Antonio, Texas

January 30, 2018

No. 04-17-00535-CR

James Artie **SHAW,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR8585
Honorable Frank J. Castro, Judge Presiding

# O R D E R

The State's brief was originally due to be filed on December 27, 2017. The State's first motion for extension of time was granted, extending the deadline for filing the brief to January 26, 2018. On January 29, 2018, the State filed a motion requesting an additional extension of time to file the brief until February 26, 2018, for a total extension of sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE STATE WILL BE GRANTED**. The State's brief must be filed by February 26, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of January, 2018.

KEITH E. HOTTLE,
Clerk of Court